# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIPSTEK, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:23-cv-00011-JPM<br>) |
| BIOLASE, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER SUSPENDING LITIGATION DEADLINES

Before this Court is a Stipulation to Suspend Litigation Deadlines, filed June 10, 2024. (ECF No. 85.) The parties represent they are exchanging drafts of a proposed settlement agreement and may finalize their resolution of this matter. (Id. at PageID 1427.)

All deadlines and hearing dates are hereby suspended until **August 12, 2024.** If a stipulation of dismissal has not been filed by that date, the parties shall submit a joint status report to the Court setting forth the status of the parties' settlement efforts, as well as their respective views as to whether continuing the stay would be productive. If the Court then orders the stay lifted, the parties will submit a proposed Scheduling Order within 14 days of such order.

**IT IS SO ORDERED**, this 11th day of June, 2024.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE